ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No.10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NA, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5<br><br>                    Plaintiff,<br>vs.<br><br>BACARA RIDGE ASSOCIATION; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:15-cv-00542<br><br>**STIPULATION FOR EXTENSION OF TIME FOR US BANK TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(First Request)** |

The parties respectfully submit the following Stipulation to allow Plaintiff U.S. Bank NA, as trustee for GSAA Home Equity Trust 2006-5 (**US Bank**) fourteen additional days to file its Response to Bacara Ridge Association's (**BRA**) Motion to Dismiss.  The reason for the extension is due to the time constraints on counsel for US Bank.  This is the parties' first request for an extension of time.

BRA filed its Motion to Dismiss on April 24, 2015.  ECF No. 24.  US Bank's Response is currently due on May 11, 2015.  Pursuant to Stipulation of the parties, US Bank shall have an additional fourteen days until Tuesday, May 26, 2016 to file its Response to BRA's Motion to

. . .

. . .

. . .

{30957880;1}                                                              1

1  Dismiss. (May 25, 2015 is a federal holiday).

2      Dated this 11th day of May, 2015.

| **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** | **AKERMAN LLP** |
|---|---|
| By: /s/   *Peter E. Dunkley*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar 11110<br>9900 Covington Cross Drive, Ste 120<br>Las Vegas, NV 89144<br>tel: (702) 382-1500 | By: /s/ *Allison R. Schmidt*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No.10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:   (702) 634-5000<br>Facsimile:   (702) 380-8572<br>Email:  ariel.stern@akerman.com<br>Email:  allison.schmidt@akerman.com |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**:** __ May 12, 2015                __

{30957880;1}    2