ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No.10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff U.S. Bank, N.A., as Trustee for GSAA Home Equity Trust 2006-5*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>BACARA RIDGE ASSOCIATION; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-00542-RCJ-CWH<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to this Court's ruling on September 22, 2016 [ECF No. 33], granting Plaintiff U.S. Bank, N.A., as trustee for GSAA Home Equity Trust 2006-5's motion for summary judgment [ECF No. 18] and denying Defendant Bacara Ridge Association's motion for summary judgment [ECF No. 19], that judgment is hereby entered in favor of Plaintiff.  It is hereby ORDERED that Plaintiff's deed of trust, recorded in the Clark County Recorder's Office on December 30, 2005, as Instrument No. 20051230-0005904, against the real property commonly known as 6146 Glenborough Street, in North Las Vegas, Nevada, 89115, was not extinguished by Defendant's November 3, 2011 foreclosure sale.  The title acquired by Defendant pursuant to the trustee's deed recorded in the Clark County Recorder's Office on

{39605611;1}                                            1

1  November 7, 2011, as Instrument No. 20111107-0001766, is therefore subject to Plaintiff's deed of
2  trust.
3      This judgment is the final judgment of this Court and no further orders are necessary.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge
DATED: This 17th day of February, 2017.

Respectfully Submitted by:

**AKERMAN LLP**
*/s/ Allison R. Schmidt* _____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  allison.schmidt@akerman.com

*Attorneys for Plaintiff U.S. Bank, N.A.,*
*as Trustee for GSAA Home Equity Trust 2006-5*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 6th day of October, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing [**PROPOSED] JUDGMENT**, postage prepaid and addressed to:

Joseph P. Garin, Esq.
Kaleb D. Anderson, Esq.
Peter E. Dunkley, Esq.
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
Email:  NVECF@lipsonneilson.com
Email:  kanderson@lipsonneilson.com
Email:  pdunkley@lipsonneilson.com

*Attorneys for Defendant Bacara Ridge Association*

　　　　　　　　　　　　　　　　　　*/s/ Josephine Washenko*_____
　　　　　　　　　　　　　　　　　　An employee of Akerman LLP

{39605611;1}                                                    3